1

2

3

4

5

6                         **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,            )
                                          )
9                Plaintiff,               )
                                          )
10       v.                               )          3:11-CR-131-LRH (VPC)
                                          )
11   JUAN CARLOS LOPES-FLORES,            )
                                          )
12   _____Defendant._____ )

13                    **PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on July 10, 2012, defendant JUAN CARLOS LOPES-FLORES pled

15   guilty to Counts Seven and Eight of a Fourteen-Count Second Superseding Criminal Indictment

16   charging him in Count Seven with Distribution of Heroin, in violation of Title 21, United States

17   Code, Section 841(a)(1) and (b)(1)(C), and in Count Eight with Possession with Intent to

18   Distribute Heroin in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(C).

19   Second Superseding Indictment, ECF No. 98; Minutes of Proceedings, ECF No. 141; Amended

20   Plea Agreement, ECF No. 143.

21        This Court finds defendant JUAN CARLOS LOPES-FLORES agreed to the forfeiture of the

22   property set forth in Forfeiture Allegation of the Second Superseding Criminal Indictment. Second

23   Superseding Indictment, ECF No. 98; Minutes of Proceedings, ECF No. 141; Amended Plea

24   Agreement, ECF No. 143.

25        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

26   has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Second

1  Superseding Criminal Indictment and the offense to which defendant JUAN CARLOS LOPES-

2  FLORES pled guilty.

3     The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section

4  853:

5          1.      United States Currency in the amount of $20,649.00 seized on November 17,

6                  2011, from the premises located at 1495 Auburn Way, Reno, Nevada, as part

7                  of the execution of a federal search warrant for that premises ("property").

8     This Court finds the United States of America is now entitled to, and should, reduce the

9  aforementioned property to the possession of the United States of America.

10    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

11  United States of America should seize the aforementioned property.

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

13  JUAN CARLOS LOPES-FLORES in the aforementioned property is forfeited and is vested in the

14  United States of America and shall be safely held by the United States of America until further

15  order of the Court.

16    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

17  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

18  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

19  the time under the applicable statute when a petition contesting the forfeiture must be filed, and

20  state the name and contact information for the government attorney to be served with the petition,

21  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

22    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

23  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

24  Virginia Street, 3rd Floor, Reno, NV 89501.

25    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

26  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

1  following address at the time of filing:

2        Greg Addington
      Assistant United States Attorney
3        100 West Liberty Street, Suite 600
      Reno, NV 89501

4

5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9      DATED this 26th day of July, 2012.

10

11

12

13  _____

14  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26