UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SUHAIL ROSALES-ANTELO,<br>ENRIQUE BUENROSTRO,<br>JUAN CARLOS LOPES-FLORES aka Juan Perez-Ayala aka Luis,<br>JOSE TEJADA-GARCIA aka Tony,<br>SALVADOR RAMIREZ-LIZAMA,<br>GUSTAVO ISAIZ-SAUCEDO aka Carlos,<br><br>   Defendant. | 3:11-CR-131-LRH-(VPC) |

**FINAL ORDER OF FORFEITURE**

On April 23, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853, based upon the plea of guilty by defendant SUHAIL ROSALES-ANTELO to a criminal offense, forfeiting specific property alleged in the Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant SUHAIL ROSALES-ANTELO pled guilty. Superseding Criminal Indictment, ECF No. 67; Change of Plea Minutes, ECF No. 82; Plea Memorandum, ECF No. 83; Preliminary Order of Forfeiture, ECF No. 95.

On June 20, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United

States Code, Section 853, based upon the plea of guilty by defendant ENRIQUE BUENROSTRO to a criminal offense, forfeiting specific property alleged in the Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ENRIQUE BUENROSTRO pled guilty. Superseding Criminal Indictment, ECF No. 67; Change of Plea Minutes, ECF No. 88; Plea Memorandum, ECF No. 89; Preliminary Order of Forfeiture, ECF No. 127.

On July 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853, based upon the plea of guilty by defendant JUAN CARLOS LOPES-FLORES aka Juan Perez-Ayala aka Luis to the criminal offenses, forfeiting specific property alleged in the Second Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant JUAN CARLOS LOPES-FLORES aka Juan Perez-Ayala aka Luis pled guilty. Second Superseding Criminal Indictment, ECF No. 98; Change of Plea Minutes, ECF No. 141; Amended Plea Memorandum, ECF No. 143; Preliminary Order of Forfeiture, ECF No. 148.

On June 29, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853, based upon the plea of guilty by defendant JOSE TEJADA-GARCIA aka Tony to a criminal offense, forfeiting specific property alleged in the Second Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant JOSE TEJADA-GARCIA aka Tony pled guilty. Second Superseding Criminal Indictment, ECF No. 98; Change of Plea Minutes, ECF No. 123; Plea Memorandum, ECF No. 124; Preliminary Order of Forfeiture, ECF No. 131.

On May 11, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853, based upon the plea of guilty by defendant SALVADOR RAMIREZ-

1  LIZAMA to a criminal offense, forfeiting specific property alleged in the Second Superseding
2  Indictment and agreed to in the Plea Memorandum and shown by the United States to have a
3  requisite nexus to the offense to which defendant SALVADOR RAMIREZ-LIZAMA pled guilty.
4  Second Superseding Criminal Indictment, ECF No. 98; Change of Plea Minutes, ECF No. 111; Plea
5  Memorandum, ECF No. 112; Preliminary Order of Forfeiture, ECF No. 113.
6      On July 27, 2012, the United States District Court for the District of Nevada entered a
7  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United
8  States Code, Section 853, based upon the plea of guilty by defendant GUSTAVO ISAIZ-SAUCEDO
9  aka Carlos to a criminal offense, forfeiting specific property alleged in the Second Superseding
10 Indictment and agreed to in the Plea Memorandum and shown by the United States to have a
11 requisite nexus to the offense to which defendant GUSTAVO ISAIZ-SAUCEDO aka Carlos pled
12 guilty. Second Superseding Criminal Indictment, ECF No. 98; Change of Plea Minutes, ECF No.
13 138; Plea Memorandum, ECF No. 142; Preliminary Order of Forfeiture, ECF No. 147.
14     This Court finds the United States of America published the notice of the forfeiture in
15 accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
16 consecutively from May 16, 2012, through June 14, 2012; June 27, 2012, through July 26, 2012; July
17 10, 2012, through August 8, 2012; and August 2, 2012, through August 31, 2012, notifying all third
18 parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 128, 149,
19 155, and 158.
20     This Court finds no petition was filed herein by or on behalf of any person or entity and the
21 time for filing such petitions and claims has expired.
22     This Court finds no petitions are pending with regard to the assets named herein and the time
23 for presenting such petitions has expired.
24     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
25 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
26 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

32.2(c)(2); Title 21, United States Code, Section 853; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      United States Currency in the amount of $20,649.00 seized on November 17, 2011, from the premises located at 1495 Auburn Way, Reno, Nevada, as part of the execution of a federal search warrant for that premises.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 2nd day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE