1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                               DISTRICT OF NEVADA
7                                    * * * * *
8   UNITED STATES OF AMERICA,              )
                                           )  Case no.  3:11-CR-00131-LRH-VPC
9                          Plaintiff,      )
    vs.                                    )  USM No.  46377-048
10                                         )
    JUAN CARLOS LOPES-FLORES,              )            ORDER
11        aka Juan Carlos Lopez-Flores     )
          (true name),                     )
12                         Defendant.      )
                                           )  Defendant's Attorney:
13  Dated of Original Judgment:  10/11/2012)     Nisha Brooks-Whittington
    Date of Previous Amended Judgment:     )
14  12/11/2012                             )
                                           )
15  _____   )

16          Upon motion of the Defendant and stipulation between the Defendant and the

17  Government for a sentence reduction pursuant to Title 18 U.S.C. § 3582(c)(2) for a reduction in

18  the term of imprisonment imposed based on a guideline sentencing range that has subsequently

19  been lowered and made retroactive by the United States Sentencing Commission pursuant to

20  Title 28 U.S.C. § 994(u), and having such considered such motion, and taking into account the

21  policy statement set forth at United States Sentencing Guideline ¶ 1B1.10 and the sentencing

22  factors set forth in Title 18 U.S.C. § 3553(a), to the extent they are applicable,

23          IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed

24  sentence of imprisonment of sixty (60) months is reduced to forty-eight (48) months. This

25  modification shall not become effective until November 1, 2015.

26          Except as otherwise provided, all provisions of the judgment dated December 11, 2012,

27  shall remain in effect.

28          IT IS SO ORDERED.

            DATED this 16th day of March, 2015.

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE